**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

SCOTTY D. LIMORE and
KIM LIMORE, His Wife                                        PLAINTIFFS

      v.      Civil No. 08-5103

BRUNDAGE-BONE CONCRETE
PUMPING, INC., and BRUNDAGE-
BONE CONCRETE PUMPING                                       DEFENDANTS

## O R D E R

Now on this 5th day of September, 2008, the Court, taking notice that more than 120 days have passed since the Complaint in this matter was filed and there is no evidence that defendants have been served, directs plaintiffs to show cause, within seven days from the date of this Order, why this matter should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

                                              **/s/Jimm Larry Hendren**
                                              **JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**